# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2012 JUL -3 PM 1:40
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY

United States of America
v.
Jesus Antonio RUIZ

Defendant

Case No.  A-12-M-468

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07-02-2012  in the county of  Travis  in the  Western  District of
Texas  , the defendant violated  Title 21  U. S. C. §  846  ,
an offense described as follows:

Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine.

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature
Special Agent Christian Solomon
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/3/12

City and state: Austin, Texas

_____
Judge's signature
ANDREW W. AUSTIN
United States Magistrate Judge
Printed name and title

### Arrest Affidavit for Jesus Antonio RUIZ

On July 2, 2012, Jesus Antonio RUIZ conspired to possess with intent to distribute 500 grams or more of methamphetamine in violation of Title 21, Section 846.

On the same day, the Austin Police Department conducted a state search warrant at Amado LOZA'S residence located at 21408 Webber Oaks Cove, Elgin, Texas. LOZA was present at the time of the search and officers seized approximately 1,915.8 grams of suspected methamphetamine from his residence which later field tested positive. Officers also seized three shotguns, a rifle, and two pistols from LOZA'S residence who later admitted to being an illegal alien. Amado LOZA uses the aliases Artemio SIERRA and Pisto. Following LOZA'S arrest, he waived his rights per Miranda and admitted that the "ice" belongs to "Chuchin" and has been in his possession for two months. "Chuchin" has been previously identified in this investigation as Jesus Antonio RUIZ based upon a traffic stop conducted in May of this year.

In June of this year, a telephone call was intercepted in which Jesus RUIZ, using telephone number (714)604-9986, spoke about "Roosters" that had been delivered to LOZA. In the call, RUIZ was asked why LOZA was saying that he only had four left. RUIZ replied that it was twelve "Roosters," almost thirteen and he was going to send fifteen but he just sent thirteen.

On July 2, 2012, Jesus RUIZ was with a female named Leticia REYES at the time of his arrest. REYES, who admitted to being an illegal alien, stated she and RUIZ had just wired $1,500 U.S. Currency to Mexico. Receipts seized from REYES' car indicated she had wired $1,500 in two transactions at two different financial institutions to Mexico that same day. According to DEA Indices, REYES was arrested in Falfurrias, Texas in 1992 in possession of 16.7 pounds of marijuana.

At the time of arrest, RUIZ had approximately $1,200 U.S. Currency on his person. REYES stated RUIZ had been staying at her apartment located at 1701 Nelms Drive, Apt. 1012, Austin, Texas and granted agents consent to search the apartment. Agents seized approximately $5,000.00 U.S. Currency from a blue bag in a closet containing RUIZ' Mexican Passport and boarding passes for a flight RUIZ took from Los Angeles, California to Austin on June 29, 2012. Also in the blue bag, agents seized a Blackberry mobile phone and an iPad. RUIZ gave agents written consent to search the iPad and mobile phone. In the iPad, the following contact was saved "Pisto 001(512)547-8587." "Pisto" is an alias for Amado LOZA. Agents also observed a MoneyGram Rewards Card in the blue bag with the seized cash.

RUIZ was read his rights per Miranda following his arrest and waived them. RUIZ denied being involved in drug trafficking and admitted that the currency seized from the apartment was his and was to be used to buy his father a car. During a later interview, RUIZ was

asked basic booking questions and admitted that his father and mother were deceased. RUIZ also admitted that he works as a car stereo installer in Tomatlan, Jalisco, Mexico.

_____
Christian Solomon
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me on July 3rd, 2012.

_____
United States Magistrate Judge
Western District of Texas